IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICEBRAN TECHNOLOGIES, INC. and
GOLDEN RIDGE RICE MILLS, INC.,                                    PLAINTIFFS

v.                                     2:19CV0077

GOLDEN RIDGE RICE MILLS, LLC; WENDY
WILKISON; WAYNE WILKISON; GE MILLS,
LLC; TRIPLE W FARMS; GUMBO FARMS;
INDIGO FARMS; WW FARMS; AND JOHN
DOE NOS 1-50                                                       DEFENDANTS

## ORDER

Pending is Plaintiffs' motion to dismiss. (Docket #6). For good cause shown the motion is GRANTED. Plaintiffs state that they have resolved all claims related to this case against all parties except Indigo Farms. Accordingly, all claims and causes of action against Defendants Golden Ridge Rice Mills, LLC, Wendy Wilkinson, Wayne Wilkinson, GE Mills, LLC, Triple W. Farms, Gumbo Farms, WW Farms and the John Doe Defendants are dismissed with prejudice. At Plaintiffs' request, the claims against Indigo Farms are dismissed without prejudice. Each party will bear its own costs, expenses and attorneys fees. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of August, 2019.

_____
James M. Moody Jr.
United States District Judge